UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>$92,541.36 IN US CURRENCY, )<br>)<br>)<br>Defendant. ) | **JUDGMENT**<br>**CASE NO. 4:24-CV-00111-M-KS** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Default judgment is entered against the Defendant; All persons claiming any right, title, or interest in or to the said Defendant are held in default; The Defendant is forfeited to the United States of America for disposition according to law; The United States shall have clear title to the Defendant and may warrant good title to any subsequent purchaser or transferee pursuant to 21 U.S.C. § 853(n)(7).

This Judgment filed and entered on July 7, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

July 7, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Tyjuana Griffin
Deputy Clerk